UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  CR 06-107 DSF |
| | ) | AMENDED |
| Plaintiff | ) | JUDGMENT AND COMMITMENT |
| vs. | ) | ORDER ON REVOCATION |
| | ) | OF SUPERVISED RELEASE |
| RYAN CHARLES MOORE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Defendant and his counsel, Jennifer Uyeda, Deputy Federal Public Defender, having appeared in person, defendant having admitted allegations 1, 2, 3, 5, 6, and 7, and having denied allegation 4 of the Petition on Probation and Supervised Release filed February 10, 2010, and the Court having found the defendant to be in violation of the terms and conditions of supervised release originally imposed (including allegation 4 as modified),

    IT IS ORDERED that supervised release is revoked.

    IT IS FURTHER ORDERED that defendant, Ryan Charles Moore, is committed to the custody of the Bureau of Prisons to be imprisoned for a term of one month.

    On release from confinement, the defendant shall be placed on supervised release for a term of 35 months as to Count 1 on the same terms and conditions originally imposed, with the following modifications to the conditions of supervision:

    1.    Defendant shall participate for a period of one year in a home incarceration program as approved by this Court, which may include electronic monitoring, GPS, or voice recognition.  He shall observe all the rules of the program, as directed by the probation officer.  Defendant is restricted to his residence at all times except for medical needs or treatment and court appearances as approved by the Probation Officer;

2. Defendant shall pay costs of home incarceration to the contract vendor; not to exceed the sum of $12.00 for each day of participation. The defendant shall provide payment and proof of payment as directed by the probation officer;

3. Defendant shall be subject to the installation of computer monitoring software and hardware. The defendant shall pay the cost of the computer monitoring, in an amount not to exceed $30 per month per device connected to the internet;

4. Defendant shall submit to a search, at any time, with or without a warrant, and by any law enforcement or probation officer, of the defendant's person and any property, house, residence, vehicle, papers, computer or other electronic communication or data storage devices or media, and effects on reasonable suspicion concerning a violation of a condition of supervision;

5. Defendant shall not own, use, or have access to the services of any commercial mail-receiving agency, nor shall he open or maintain a post office box, without the prior approval of the probation officer;

6. Defendant shall not associate or have verbal, written, telephonic, or electronic communication with any person under the age of 18, except: (a) in the presence of the parent or legal guardian of said minor; and (b) on the condition that the defendant notify said parent or legal guardian of his conviction of the instant offense. This provision does not encompass persons under the age of 18, such as waiters, cashiers, ticket vendors, etc., with whom the defendant must deal in order to obtain ordinary and usual commercial services; and

7. Defendant shall not affiliate with, own, control, volunteer or be employed in any capacity by a business or organization that causes him to regularly contact persons under the age of 18.

The Court also authorizes the probation officer to dispose of or destroy the shuriken seized during the March 10, 2009, search of Mr. Moore's residence.

It is further ordered that the defendant surrender himself on July 6, 2010, on or before noon to the United States Marshal located at the Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.

Due to defendant's medical condition, the Court recommends that the Bureau of Prisons conduct the appropriate medical evaluation.

    Defendant shall appear every 60 days for a status conference.  The first status conference is August 23, 2010 at 8:30 a.m.

    The Court advised the defendant of his right to appeal this order.

DATED:  6/21/10

*Dale S. Fischer*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

DATED/FILED :  6/21/10    By: /s/ Debra Plato
    Deputy Clerk